FRANCIS L. HOFF, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24406.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant on a claim against the State for misfeasance of an employee.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

EDWARD F. McALLISTER, SR., Respondent, v. THEODORE G. FLETH, Appellant. —Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Judicial Settlement of the Accounts of ELIZABETH C. PEARSALL and CHARLES C. CONGDON, as Executors, etc., of MARTHA V. PEARSALL, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. (The decree construes a will.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HELEN ENDRESS FIELD and Others, Respondents, v. C. ALBRO NEWTON and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an action to impress a lien.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MINNIE M. ERHARDT, Appellant, v. VIVIAN M. STACY-BUSH and GEORGE W. STACY-BUSH, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. Memorandum: The defenses of usury and of offset and of non-ownership of the note in suit are available to the defendants without the bringing in of the proposed party defendant and the order appealed from should not have been granted. (Hayes National Bank v. Chynoweth, 235 App. Div. 890; Civ. Prac. Act, § 193, subd. 2.) All concur. (The order allows defendants to bring in an additional party defendant in an action on a note.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS H. YOUNG, Appellant.— Judgment of conviction reversed on the law and a new trial granted on the ground that there was prejudicial error on the part of the People in opening in making reference to a blood test and in making proof in respect thereto. There were also other prejudicial errors on the trial. All concur. (The judgment convicts defendant of the crime of violation of section 483 of the Penal Law.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. SAVAGE, Appellant — Judgment of conviction and order reversed on the law and a new trial granted Memorandum: We find that defendant was prejudiced by the misconduct of a juror who, contrary to the specific instruction of the court, discussed during the trial the details of the offense charged and received information of a material character outside of the evidence which the juror disclosed to the other jurors. All concur, except Taylor, J., who dissents and votes for affirmance. (The judgment convicts defendant of the crime of violation of section 483-a of the Penal Law. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.